# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Litland, John C | 2. Court or Organization U.S. District Court | 3. Date of Report 5/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Senior | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Martin Luther King Fed. Bldg 50 Walnut Street Newark, NJ 07101-4699 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

_ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor & Trustee Estate #2 See VIII | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✓ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 31 A 11:31
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. See Non-Case related travel report for 2004(attached) | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☒ NONE — (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE — (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lifland, John C | 5/19/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America | E | Dividend | N | T | | | | | |
| 2. Exxon/Mobile Common | B | Dividend | K | T | | | | | |
| 3. Western Resources Common | A | Dividend | J | T | | | | | See VIII |
| 4. 1/3 Unit Franklin Bldg. Assoc.(Real Est. Ltd. P'ship) | A | Interest | K | R | | | | | |
| 5. IRA #1 | A | Dividend | N | T | | | | | |
| 6. - Alcon | | | | | | | | | |
| 7. - America Movil SA ADR | | | | | | | | | |
| 8. - Avaya, Inc. | | | | | | | | | |
| 9. - Chicago Bridge & Iron | | | | | | | | | |
| 10. - Cisco Systems Common | | | | | | | | | |
| 11. - Comcast Corp. Common | | | | | | | | | |
| 12. - Flextronics Common | | | | | | | | | |
| 13. - Fluor Corp. | | | | | | | | | |
| 14. - Huaneng Power Int'l | | | | | | | | | |
| 15. - IBM Common | | | | | | | | | |
| 16. - Kroll Incorporated | | | | | | | | | |
| 17. - Lowes Companies Common | | | | | | | | | |
| 18. - L3 Communications Holdings | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS
*Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - Lucent Common | | | | | | | | | |
| 20. - Microsoft Common | | | | | | | | | |
| 21. - Penn Virginia Common (X) | | | | | | | | | |
| 22. - Questar Common (X) | | | | | | | | | |
| 23. - Sanmina Corp Common | | | | | | | | | |
| 24. - Symbol Technologies | | | | | | | | | |
| 25. - Tidewater Common | | | | | | | | | |
| 26. - Vodafone Airtouch Common | | | | | | | | | |
| 27. - Zimmer Holdings Inc. | | | | | | | | | |
| 28. IRA #2 | D | Div/Int. | M | T | | | | | |
| 29. Lucent Technologies Common | A | Dividend | J | T | | | | | |
| 30. Bank of America | A | Interest | J | T | | | | | |
| 31. Bank of America | A | Interest | J | T | | | | | |
| 32. Estate #2 | A | Interest | M | T | | | | | |
| 33. Principal Financial Group Common | A | Dividend | K | T | | | | | |
| 34. Third Federal S&L CD | A | Interest | J | T | | | | | |
| 35. Reed Elsevier Inc. Pension Plan | A | Div/Int. | K | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. Estate #2 assets distributed to beneficiaries, and to Trust of which I am a Trustee, during 2003. Decedent was ███████████ as are beneficiaries.

VII (I) Formerly Fleet Bsotn Financial Corp.
VII (30) Formerly Fleet Bank
VII (31) Formerly Fleet Bank

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 5/19/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# Calendar Year 2004 Travel (Certified)
# for Senior District Judge John C. Lifland
# as of 05/04/05

| Travel Dates | Destination | Purpose | Bus Exp | Days |
|---|---|---|---|---|
| 06/07/04 to 06/13/04 | Sante Fe, New Mexico | Non-FJC educational seminar or program<br>Funded by: George Mason University School of L | $323 | 5.0 |
| 09/19/04 to 09/22/04 | Seattle, Washington | FJC educational seminar or program<br>Funded by: FJC | $754 | 3.0 |
| 12/15/04 to 12/15/04 | Philadelphia, Pennsylvania | Meeting of circuit judicial council or committees<br>Funded by: Court | $46 | 1.0 |
| **Totals:** | | | $1,123 | 9.0 |